# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

## CIVIL NO.  1:04CV200

| | | |
|---|---|---|
| CAROL R. HENSLEY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| P. H. GLATFELTER COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court *sua sponte* to postpone the pretrial conference scheduled for December 29, 2005.

IT IS, THEREFORE, ORDERED that the pretrial conference set for December 29, 2005, is hereby postponed until TUESDAY, JANUARY 3, 2006, AT 11:00 AM, in the chambers of the undersigned in Asheville, North Carolina.

**Signed: December 28, 2005**

Lacy H. Thornburg
United States District Judge