# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

## CIVIL NO.  1:04CV200

| | | |
|---|---|---|
| CAROL R. HENSLEY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| P. H. GLATFELTER COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ ) | | |

THIS MATTER is before the Court to continue the trial from the January 2006 term.

The Court has been advised by the Magistrate Judge that the parties have reached a settlement in this matter.  The parties request a continuance from this term in order to allow them adequate time in which to prepare the appropriate documents and otherwise finalize the settlement herein.  The Court will grant that request; however, should the settlement agreement not be finalized, the parties are advised the case will return to the trial docket for the March 6, 2006, term.

**IT IS, THEREFORE, ORDERED that this matter is hereby CONTINUED from the January 2006 term.**

**Signed: January 13, 2006**

Lacy H. Thornburg
United States District Judge